FILED
CLERK, U.S. DISTRICT COURT
SEP 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 04-1008 |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| vs. ) | 18 U.S.C. § 3143(a)] |
| Fernando Endaya Elias ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of Cal._ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _allegations of absconding from supervision_

1    history of drug use

4    and/or

5 B. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _history of drug use ; criminal history_

14    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: 9/22/10

UNITES STATES MAGISTRATE JUDGE

2